[No. 13728-0-I. Division One. July 8, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
AKRIDGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-1-02218-3, Richard M. Ishikawa, J., entered October 27, 1983. *Affirmed* by unpublished opinion

per Scholfield, A.C.J., concurred in by Swanson and Williams, JJ.